# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Federal Trade Commission

                              Plaintiff,

v.                                         Case No.: 1:12–cv–01028
                                                    Honorable Robert M. Dow Jr.

American Credit Crunchers, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 26, 2012:

    MINUTE entry before Honorable Robert M. Dow, Jr: In light of the entry of STIPULATION FINAL JUDGMENT and Order for Permanent Injunction [49], the MOTION by Plaintiff Federal Trade Commission to strike [37] Affirmative Defenses is stricken without prejudice. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.